## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| Mark Zaid | * | |
| Plaintiff(s) | * | |
| | * | |
| vs. | * | Civil Case No.: 8:22–cv–01602–AAQ |
| | * | |
| Department of Homeland Security | * | |
| Defendant(s) | * | |

## SHOW CAUSE ORDER

    Pursuant to Standing Order 2018–04, this case was assigned to a United States Magistrate Judge for all proceedings and each party was notified to file a consent or declination within fourteen (14) days after service and entry of appearance. Mark Zaid has not filed a consent or declination and more than fourteen (14) days have passed since notice was issued. Thereby, it is hereby

    ORDERED that Mark Zaid is to appear before the designated Chambers Judge on 7/29/2022 at 2:00 p.m. to show cause, if any, why Mark Zaid did not file a consent or declination. Mark Zaid should proceed to the Clerk's Office to determine the location of the hearing on the scheduled date; and it is further

    ORDERED that this Order shall be vacated if Mark Zaid files a consent or declination prior to the show cause hearing date.

Date: <u>July 15, 2022</u>     _____/s/_____
                                                        Ajmel A. Quereshi
                                                        United States Magistrate Judge